NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-894


STATE OF LOUISIANA

VERSUS

RAYMOND GREEN


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 272,179
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**JOHN D. SAUNDERS**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Oswald A. Decuir, Judges.


**AFFIRMED AS AMENDED.**

**Sherry Watters**
**Louisiana Appellate Project**
**P. O. Box 58769**
**New Orleans, LA 70518-8769**
**(504) 723-0284**
**Counsel for Defendant:**
**Raymond Green**

**James C. Downs**
**District Attorney**
**Ninth Judicial District Court**
**701 Murray Street**
**Alexandria, LA 71301**
**(318) 473-6650**
**Counsel for Plaintiff:**
**State of Louisiana**

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for Defendant:**
**Raymond Green**

**Raymond Green**
**In Proper Person**
**TU-Lower F #13**
**Louisiana State Penitentiary**
**Angola, LA 70712**